

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| ABIE WOLF, | § | No. 08-19-00147-CV |
| Appellant, | § | Appeal from the |
| v. | § | 448th District Court |
| SALVADOR C. RAMIREZ, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2018DCV1155) |
| | § | |

# **O R D E R**

On June 24, 2019, this Court issued an order for mediation referral. The order required the parties to make any objection to referral within ten days of the order. On July 1, 2019 Appellee filed an objection. The Court finds Appellee's objection persuasive.

Therefore, the Court ORDERS this appeal to continue, the appellate timetable suspension is lifted and the Record shall be filed in this Court on or before July 31, 2019.

IT IS SO ORDERED this 1st day of July, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.